```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Envert Francisco-Ovalle,

        Defendant.

18-CR-526 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Government is hereby ORDERED to respond to Defendant Francisco-Ovalle's emergency motion for compassionate release, Dkt. No. 306, on or before September 15, 2020. Defendant's reply, if any, is due by September 18, 2020.

SO ORDERED.

Dated: September 9, 2020
       New York, New York

                                    ALISON J. NATHAN
                             United States District Judge