# SHER TREMONTE LLP

September 17, 2021

**Via ECF**

The Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square Courtroom 906
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/21

Re:   *United States of America v. Francisco-Ovalle*, 18 Crim. 526 (AJN)

Dear Judge Nathan:

Pursuant to the Court's order, dated July 29, 2021 (Dkt. #335), the parties hereby jointly propose that Mr. Montesino's motion for relief under 18 U.S.C 3582(c)(1)(A) be due on October 18, 2021, and the government's response due two weeks later on November 1, 2021.

Respectfully submitted,

*/s/ Michael Tremonte*

Michael Tremonte

SO ORDERED.

*Alison J. Nathan*

9/20/21

cc:   All Counsel (via ECF)