UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

&ndash;v&ndash;

Envert Francisco-Ovalle,

Defendant.

18-cr-526 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of Mr. Francisco-Ovalle's motion for a reduction in sentence. Dkt.

No. 354. The Government is ORDERED to respond to this motion on or before March 11, 2022.

SO ORDERED.

Dated: February 25, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge